# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KENDALL KRIELOW

VERSUS

JERALD P. BLOCK AND BLOCK
LAW FIRM, APLC

NO.  2024 CW 0350

**JULY 29, 2024**

---

In Re:   Block Law Firm, APLC and Jerald P. Block, applying for
supervisory writs, 17th Judicial District Court, Parish
of Lafourche, No. 144570.

---

**BEFORE:   CHUTZ, GREENE, AND STROMBERG, JJ.**

**WRIT DENIED.**
**WRC**
**TPS**

**Greene, J.,** dissents and would grant the writ. I would reverse
the judgment signed on March 18, 2024, which denied the Motion to
Recuse filed by defendants, Block Law Firm, APLC and Jerald P.
Block. Based on the testimony and evidence, I find the close
personal relationship of Judge Rebecca N. Robichaux's son, Jeremy
Robichaux, with Kendall Krielow, the plaintiff in this matter,
demonstrated that there exists a substantial and objective basis
that would reasonably be expected to prevent Judge Robichaux from
conducting any aspect of the cause in a fair and impartial manner.
La. Code Civ. P. art. 151(B). Accordingly, I would grant the Motion
to Recuse Judge Rebecca N. Robichaux.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT